Puja Sharma, Bar No. 295100
psharma@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
EIGHTFOLD AI INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANGGANG "DAN" YUAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>EIGHTFOLD AI INC.,<br><br>　　　　　Defendant. | Case No. 3:24-cv-04238-AMO<br><br>[~~PROPOSED~~] ORDER GRANTING DEFENDANT EIGHTFOLD AI INC.'S MOTION TO ENLARGE DEFENDANT'S TIME TO FILE A RESPONSIVE PLEADING |

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California
94105
415.433.1940

[~~PROPOSED~~] ORDER GRANTING MOTION TO ENLARGE TIME TO FILE A RESPONSIVE PLEADING

3:24-CV-04238-AMO

Defendant EIGHTFOLD AI, INC.'s ("Defendant") Motion to Enlarge was heard on _____ __, 2024. Puja Sharma of Littler Mendelson, P.C. appeared on behalf of Defendant. Plaintiff TANGGANG "DAN" YUAN ("Plaintiff") appeared represented by Samuel A. Kennedy-Smith.

After considering the written and oral argument in support of and opposition to the Motion to Enlarge, and good cause appearing,

IT IS HEREBY ORDERED that the Motion to Enlarge is GRANTED. Defendant's time to file a pleading responding to Plaintiff's complaint is hereby extended to August 23, 2024.

IT IS SO ORDERED.

Dated: ___August_ 5__, 2024

_____
HON. ARACELI MARTÍNEZ-OLGUÍN
JUDGE OF THE U.S. DISTRICT COURT