LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TANGGANG "DAN" YUAN,

        Plaintiff,

        v.

EIGHTFOLD AI INC.,

        Defendant.

Case No. 3:24-CV-04238-AMO

[~~PROPOSED~~] ORDER GRANTING DEFENDANT EIGHTFOLD AI INC.'S SECOND RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PARAGRAPHS FOUR AND FIVE OF THE DECLARATION OF SANIA KHAN IN SUPPORT OF THE PARTIES' JOINT MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION OF THE COURT'S ORDER DENYING THE EXTENSION OF DISCOVERY AND OTHER DEADLINES **AS MODIFIED**

Judge:      Araceli Martínez-Olguín

CASE NO. 3:24-CV-04238-AMO

[~~PROPOSED~~] ORDER GRANTING DEFENDANT EIGHTFOLD AI INC.'S
SECOND RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL

After considering the written argument in support of ~~and opposition to~~ Defendant's Unopposed Second Renewed Administrative Motion to Seal Paragraphs Four and Five of the Declaration of Sania Khan in Support of The Parties' Joint Motion for Leave to File a Motion for Reconsideration of the Court's Order Denying the Extension of Discovery and Other Deadlines (the "Motion"), and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. The Declaration of Sania Khan in Support of The Parties' Joint Motion for Leave to File a Motion for Reconsideration of the Court's Order Denying the Extension of Discovery and Other Deadlines is hereby SEALED per the following chart.

| Document title or description | Dkt. No. of redacted version | Dkt. No. of unre-dacted version | Dkt. No. of decl. in support of sealing | Party with burden to substantiate need to seal | Full or partial sealing sought | Brief statement of reason for sealing (with citation to corresponding declaration in support of sealing) | Grant/Denied |
|---|---|---|---|---|---|---|---|
| Declaration of Sania Khan in Support of The Parties' Joint Motion for Leave to File a Motion for Reconsideration of the Court's Order Denying the Extension of Discovery and Other Deadlines | 94-3 | 94-6 | 94-2 | Defendant | Partial: Paragraphs 4 and 5 may be redacted | Sensitive medical information is unrelated to the substance of any party's claims or defenses in this matter and is submitted only in support of The Parties' Joint Motion for Leave to File a Motion for Reconsideration of the Court's Order Denying the Extension of Discovery and Other Deadlines. *See*, Declaration of Gary J. Lieberman, ¶¶ 6-8, 10. | GRANTED |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

GRANTED

*Araceli Mart...*
Judge Araceli Martinez-Olguin

**DATED: 3/23/2026**

CASE NO. 3:24-CV-04238-AMO

[~~PROPOSED~~] ORDER GRANTING DEFENDANT EIGHTFOLD AI INC.'S
SECOND RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
415.433.1940