Samuel J. Miller (admitted *pro hac vice*)
sam.miller@rodmanemploymentlaw.com
RODMAN EMPLOYMENT LAW
75 2nd Avenue, Suite 330
Needham, MA 02494
Telephone: 617.820.5250

Attorneys for Plaintiff
TANGGANG "DAN" YUAN

Gary J. Lieberman (admitted *pro hac vice*)
glieberman@littler.com
LITTLER MENDELSON, P.C.
One International Place
100 Oliver Street, Suite 2700
Boston, MA 02110
Telephone: 617.378.6000
Fax No.: 617.737.0052

Puja Sharma, Bar No. 295100
psharma@littler.com
LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, California 94105
Telephone: 415.433.1940
Fax No.: 415.399.8490

Attorneys for Defendant
EIGHTFOLD AI INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANGGANG "DAN" YUAN,<br>Plaintiff,<br>v.<br>EIGHTFOLD AI INC.,<br>Defendant. | Case No. 4:24-cv-04238-AMO<br>**JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TANGGANG "DAN" YUAN ("Plaintiff") and Defendant EIGHTFOLD AI INC. ("Defendant"), by and through their respective counsel, hereby stipulate and agree to voluntarily dismiss this entire action *without prejudice* as to all claims, causes of action, and parties. Each party shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: June 12, 2026

RODMAN EMPLOYMENT LAW

/s/ *Samuel J. Miller*
Samuel J. Miller

Attorneys for Plaintiff
TANGGANG "DAN" YUAN

Dated: June 12, 2026

LITTLER MENDELSON, P.C.

/s/ *Puja Sharma*
Puja Sharma

Attorneys for Defendant
EIGHTFOLD AI INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: ________________________

________________________________
United States District Judge

**ATTESTATION REGARDING SIGNATURES**

I, Puja Sharma, attest pursuant to L.R. 5-1(i)(3) that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: June 12, 2026

/s/ *Puja Sharma*
Puja Sharma

Attorneys for Defendant
EIGHTFOLD AI INC.

LITTLER MENDELSON, P.C.
101 Second Street
Suite 1000
San Francisco, CA 94105
415.433.1940